UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Passages Hospice, LLC<br><br>Debtor(s)<br><br>Gina Krol, as Chapter 7 Trustee for Passages Hospice, LLC<br><br>Plaintiff(s)<br><br>Craig Frank<br><br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | BK No.: 16-34142<br><br>Chapter: 7<br>Honorable Janet S. Baer<br><br><br>Adv. No.: 18-00289 |

**AGREED JUDGMENT ORDER**

This matter coming before the Court on status, the Court being advised that the Plaintiff and Defendant in the above-captioned adversary proceeding have agreed to entry of judgment, and the Court being further advised that the parties, through their attorneys, have stipulated that:

A) Craig Frank ("Frank") held a 25% membership interest in Passages Hospice, LLC ("Passages").

B) From October 26, 2010 through the date that Passages filed its chapter 7 petition, Passages was either insolvent within the meaning of 11 U.S.C. section 101(32)(A) or became insolvent as a result of one or more of the distributions listed below.

C) Frank was a member of Passages.

D) Frank received the following distributions from Passages:

| | |
|---|---|
| 2010: | $ 145,005.00 |
| 2011: | $ 245,615.00 |
| 2012: | $ 8,210.00 |
| 2013: | $ 5,705.00 |

E) The distributions that Frank received as listed in paragraph D were not received as salary or for payment of any debt that Passages owed to Frank.

F) The parties each have received the advice and benefit of counsel in entering into this stipulation.

Now, therefore, by agreement of the parties, based on the foregoing, IT IS HEREBY ORDERED AS FOLLOWS:

1. Judgment is entered against Craig Frank, in favor of Gina Krol, as Chapter 7 Trustee for Passages

Hospice, LLC, on Counts IV, V, and VI in the amount of $156,462.

2. Execution of this judgment is stayed for 45 days after entry of this order.

3. Frank agrees not to transfer assets outside the ordinary course of business while execution is stayed.

Enter:

*Janet S. Baer* (signature)

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: April 28, 2021

**Prepared by:**

Abraham Brustein, #327662
Julia Jensen Smolka, #6272466
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, Illinois 60068
Phone: 847-698-9600
Fax: 847-698-9626
Email: abrustein@dimontelaw.com
         jsmolka@dimontelaw.com